ACCEPTED
12-15-00007-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/6/2015 9:30:51 AM
CATHY LUSK
CLERK

## NUMBER 12-15-00007-CR

| | |
|---|---|
| **CHRISTOPHER EARL THURMAN** § | **IN THE COURT OF APPEALS** |
| § | |
| **V.** § | **TWELFTH JUDICIAL DISTRICT** |
| § | |
| **THE STATE OF TEXAS** § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/6/2015 9:30:51 AM
CATHY S. LUSK
Clerk

## STATE'S SECOND MOTION FOR EXTENSION
## AND FOR LATE FILING OF BRIEF

TO THE HONORABLE COURT:

Comes now the STATE OF TEXAS, and presents its second motion for an extension of time to file a brief in the above-numbered cause, and in support of said motion, would show this Honorable Court the following:

A. This case was originally disposed of by a bench trial in the 7th District Court of Smith County, Texas, the Honorable Kerry L. Russell presiding.

B. The trial court cause number was 007-1224-14, and the case was styled *The State of Texas v. Christopher Earl Thurman.*

C. Appellant was convicted of the offense of unlawful possession of a firearm by a felon.

D. The trial court assessed appellant's punishment at confinement for fifteen years in the Texas Department of Criminal Justice–Institutional Division without a fine.

1

E. On 10 June 2015, appellant filed a brief. The State's Brief was due to be filed in this Court on or before 31 July 2015.

F. The Court previously granted both appellant and the State one extension of time for the filing of a brief.

G. Pursuant to Rules 2, 9.4(k), 10.5(b)(1), and 38.6(d) of the Texas Rules of Appellate Procedure, the State is seeking the Court's indulgence on an extension of three (3) days in order to allow the State an opportunity for timely filing its brief on or before 3 August 2015.

H. The facts relied upon to support this request are as follows:

I, Aaron Rediker, the undersigned Assistant Criminal District Attorney, am one of the two attorneys assigned to the Appellate Section of the Smith County District Attorney's Office. On 31 July 2015, I filed the State's Brief in the above-numbered cause. After converting the brief from a Microsoft Word document to PDF file format, I was unaware that my choice of font in Word had rendered the resulting PDF file not text-searchable. When the brief was returned by the Clerk of the Court on 3 August 2015, I reformatted the document and refiled it electronically that same day. The brief's nonconformance with Rule 9.4(j)(1) was due to inadvertent user error on my part and was not an intentional subversion of the Rules of Appellate Procedure.

I. As a copy of the State's Brief conforming with Rule 9.4(j)(1) has already been filed, no further extension will be necessary. This motion is not being filed for purposes of delay, but to allow the State to timely respond to the arguments raised in the appellant's brief.

J. The State has a great interest in affirming the judgement of the 7th District Court in this case.

K. All facts recited in this motion not within the record or the Court's knowledge in its official capacity are within the personal knowledge of the undersigned attorney, and a verification is therefore not required under Rule 10.2 of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before 3 August 2015.

Respectfully submitted,

/s/ Aaron S. Rediker
Aaron S. Rediker, SBN: 24046692
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned attorney certifies that the word count for this document is 502 as calculated by Corel WordPerfect X6.

/s/ Aaron S. Rediker
Aaron S. Rediker

## CERTIFICATE OF SERVICE

On 6 August 2015, a copy of the foregoing motion was emailed to James W. Huggler Jr., attorney for appellant, at jhugglerlaw@sbcglobal.net.


/s/  Aaron S. Rediker
Aaron S. Rediker